# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| **BLACKBOARD INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**DESIRE2LEARN INC. and D2L LTD.,**<br><br>    Defendant. | **Civil No.: 9:09-CV-40-RC**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Blackboard Inc. and defendants Desire2Learn Inc. and D2L Ltd., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Dated:  December 16, 2009           Respectfully submitted,

/s/ Michael S. Nadel
J. Thad Heartfield (Bar No. 09346800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Tel:  409-866-3318
Fax:  409-866-5789

Faye E. Morisseau (Bar No. 14460750)
Daniel R. Foster
Christopher D. Bright
Michael S. Nadel
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, California 92612
Tel:  949-851-0633
Fax:  949-851-9348

By: /s/ John M. Guaragna
Clyde M. Siebman (Bar No. 18341600)
**SIEBMAN, REYNOLDS, BURG & PHILLIPS, LLC**
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas 75090
Tel:  903-870-0070
Fax:  903-870-0066

John M. Guaragna (Bar No. 24043308)
Brian K. Erickson (Bar No. 24012594)
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Tel: 512.457.7000
Fax: 512.457.7001

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF<br>BLACKBOARD INC. | John Allcock *(Pro Hac Vice)*<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Tel:  619-699-2700<br>Fax:  619-699-2701<br><br>ATTORNEYS FOR DEFENDANTS<br>DESIRE2LEARN INCORPORATED<br>and D2L LTD. |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 16th day of December 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ John M. Guaragna
John M. Guaragna