IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| BLACKBOARD, INC. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 9:09CV40 |
| v. | § | |
| | § | |
| DESIRE2LEARN, INC. and D2L, LTD., | § | JUDGE RON CLARK |
| | § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Stipulated Motion for Dismissal With Prejudice [Doc. # 43]. The court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the parties' Stipulated Motion for Dismissal With Prejudice [Doc. # 43] is GRANTED. Plaintiff Blackboard, Inc.'s claims against Defendants Desire2Learn, Inc. and D2L, Ltd., as well as Defendants' counterclaims against Plaintiff, are DISMISSED WITH PREJUDICE. Costs, expenses, and attorneys' fees shall be borne by the party incurring the same. All relief not specifically granted herein, including all pending motions, is DENIED.

So **ORDERED** and **SIGNED** this **17** day of **December, 2009.**

_____
Ron Clark, United States District Judge